# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BYUNG CHEOUL KIM,<br><br>　　　　　Defendant. | Case No. 15-CR-2278-MMA<br><br>**ORDER OF RESTITUTION** |

　　WHEREBY the court has read and considered the plea agreement, the presentence report, the Government's Motion for Downward Departure, the Government's Sentencing Summary Chart, the Defendant's Sentencing Memorandum and the Government's Sentencing Memorandum, and heard the arguments of counsel on February 27, 2017; and

　　WHEREBY the court finds that an order of restitution for the Government of Mexico is appropriate in this case as compensation for the loss of its natural resources, pursuant to the Victim Witness Protection Act, 18 U.S.C. §3663; and

　　WHEREBY the court finds that the victim's loss is the sum of $132,000, based on the replacement cost of 12 *Totoaba macdonaldi;* and

　　WHEREBY the court finds that in considering the defendant's financial resources, financial needs and earnings ability, the court finds that the defendant is unable to pay the full amount of restitution;

　　IT HEREBY IS ORDERED that defendant BYUNG CHEOUL KIM pay restitution to the Government of Mexico in the amount of $6,000, at the rate of $250 per month, to

the Clerk of the Court, payable to Procuraduria Federal de Proteccion al Ambiente (PROFEPA), Camino al Ajusco No. 200, Colonia Jardines en la Montana, Delegaciaon Tlalpan, CP 14210, Distrito Federal, Mexico, for the protection and propagation of *Totoaba macdonaldi*.

Such restitution is ordered payable jointly and severally with any other individuals ordered to pay restitution to the Government of Mexico related to *Totoaba macdonaldi* swim bladders smuggled into the United States in the Southern District of California on May 5 and 8, 2014, including the defendants charged in United States v. Ahn, 14cr1631-RBB, United States v. Lee, 16cr1074-MMA and United States v. Chiang, 16cr2937-MMA.

**IT IS SO ORDERED**.

DATE: March 3, 2017

_____
HON. MICHAEL M. ANELLO
United States District Judge